IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **ROXANNE M. SMITH,** | ) | **CASE NO. 8:11CV298** |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **RECUSAL ORDER** |
| **VETTER HEALTH SERVICES, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify [her]self in any proceeding in which [her] impartiality might reasonably be questioned." Upon review of the Court file in the above-designated case, the undersigned Judge shall, and hereby does, recuse herself from the above-designated case pursuant to 28 U.S.C. § 455(a).

IT IS SO ORDERED.

DATED this 10th day of November, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge