IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROXANNE M. SMITH, | Case No. 8:11-cv-00298 |
| Plaintiff, | |
| vs. | **ORDER OF DISMISSAL WITH PREJUDICE** |
| VETTER HEALTH SERVICES, INC., | |
| Defendant. | |

This matter comes before the Court upon the Joint Stipulation for Dismissal With Prejudice of the parties for dismissal of the above-captioned matter. The Court, being fully advised in the premises, finds that such an Order should be granted.

IT IS THEREFORE ORDERED that this matter should be, and the same hereby is, dismissed with prejudice, each party to pay their own costs and attorney fees.

Dated this 7th day of December, 2011.

BY THE COURT:

*s/ Joseph F. Bataillon*
U.S. District Judge

Prepared and submitted by:

Mathew T. Watson, #23468
McGill, Gotsdiner,
Workman & Lepp, P.C., L.L.O.
11404 West Dodge Road, Suite 500
Omaha, NE  68154-2584
402-492-9200
402-492-9222 (Facsimile)
mathewwatson@mgwl.com

ATTORNEYS FOR DEFENDANT

#ORDER OF DISMISSAL (00064369).DOC